■ In the Matter of KEVIN DRAKE, Appellant, v TERRI CARPENTER, Respondent. [60 NYS3d 903]—Appeal from an order of the Family Court, Erie County (Mary G. Carney, J.), entered April 26, 2016 in a proceeding pursuant to Family Court Act article 6. The order denied the petition in its entirety.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Family Court. Present—Carni, J.P., Lindley, NeMoyer, Curran and Troutman, JJ.